Name: Anne P. Mulligan
Mailing address: Beans Cafe 1101 E. 3rd Ave
City, State, Zip: Anchorage, AK 99501
Telephone: 907-764-5945

RECEIVED
APR 17 2019
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

Anne Patricia Mulligan,
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

Municipality of Anchorage,

APD,

(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)

Defendant(s).

Case No. _____
(To be supplied by Court)

**COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

**(NON-PRISONERS)**

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you assert jurisdiction under any different or additional authorities, please list them below:

_____

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Anne Patricia Mulligan
(print your name)
who presently resides at Beans Cafe 1101 E. 3rd Ave. Anchorage, AK 99501
(mailing address)

were violated by the actions of the individual(s) named below.

2. **Defendants** (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, __Officer Joshua Roberts__ is a citizen of
__Alaska__, and is employed as a __APD - Officer__.
(state) (name) (defendant's government position/title)

___ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
_✗_ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, __Office Dan Fletcher__ is a citizen of
__Alaska__, and is employed as a __APD Officer__.
(state) (name) (defendant's government position/title)

___ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
_✗_ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, __Unknown White Male Police Officer__ is a citizen of
__Alaska__, and is employed as a __APD Officer__.
(state) (name) (defendant's government position/title)

___ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
_✗_ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

C. **Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Claim 1: On or about __4/17/2017__, my civil right to __freedom from cruel & unusual punishment__
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List only one violation.)
was violated by __Officer Joshua Roberts__
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

On 4/16/2017 - 4/17/2017 Officer Joshua Roberts & Officer Fletcher were called to Carrs Jewel Lake by Michael Nelson and by the look on Joshua Roberts he was agitated beyond my complete understanding. He asked to see my ID and I told him my ID #. Officer Fletcher just stood there doing nothing. Officer Roberts assumed I was Anne Mulligan because I had 2 envelopes sitting in front of me. One had my name & the other one had my sons name on it. Officer Roberts told me that I was being trespassed and I said ok I will wait until one of you officers goes and get it. I was told that is not how it works and I said I will wait until one of the officers goes and gets my trespass because obviously I wasn't leaving. Officer Roberts was so agitated & full of hate that he pulled the table aside and threw me into handcuffs causing injury to my left shoulder & upper body. Officer Roberts never read me my rights.

Claim 2: On or about  4/17/2017 , my civil right to
(Date)
freedom from cruel + unusual punishment
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List only one violation.)
was violated by  Officer Ian Fletcher
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 2. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

On 4/17/2017 after Joshua Roberts threw me into handcuffs and injuring my left shoulder + upper body is then when officer Fletcher patted me down, told me that his body camera was and drove me to Anchorage Jail @ which I was assuming I was going to jail. It was @ the Anchorage Jail when another APD officer walked up to the two f us while officer Fletcher was taking pictures of my left side of my face because it was swollen, as were my wrists. I asked for medical attention for my injuries @ the Anchorage Jail @ which time he told me that I needed to go to ASP/CSP for my injuries. Officer Fletcher told me that ASP/CSP was up the hill and that he didn't know the address and that I would have to walk there. Officer Fletcher handed me my trespass and the other officer didn't help me. I walked out of the Anchorage Jail and walked up the hill & couldn't find ASP/CSP. Officer Fletcher never read me my rights

Claim 3: On or about 4/17/2017, my civil right to freedom from cruel & unusual punishment (due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List only one violation.) was violated by unknown white male APD police officer (Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

- On 4/17/2017 after Joshua Roberts threw me
- into handcuffs and injuring my left
- shoulder & upper body is then when
- officer Fletcher patted me down, told me that
- ~~after~~ his body camera was and drove me
- to Anchorage Jail @ which I was assuming
- I was going to jail. It was @ the Anchorage
- Jail when another APD officer walked
- up to the two of us while officer Fletcher
- was taking pictures of my left side of my
- face because it was swollen, as were my
- wrists. I asked for medical attention for my
- injuries @ the Anchorage Jail @ which time
- he told me that I needed to go to
- ASP/CSP for my injuries. Officer Fletcher
- told me that ASP/CSP was up the hill and
- that he didn't know the address and
- that I would have to walk there. ~~It~~
- Officer Fletcher handed me my trespass
- and the other officer didn't help me.
- I walked out of the Anchorage Jail and
- walked up the hill & couldn't find
- ASP/CSP. Officer Fletcher never read me my rights

PS02 – § 1983 Non-Prisoner
Dec. 2013
Page 5 of 7

### D. Previous Lawsuits

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment?** _X_ Yes ___ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s): Anne P. Mulligan

Defendant(s): Municipality of Anchorage / APD

Name and location of court: Superior Court of Anchorage

Docket number: 3AN-19-05296 CI    Name of judge: Jennifer Henderson

Approximate date case was filed: 2/21/2019    Date of final decision: _____

Disposition: ___ Dismissed  ___ Appealed  _X_ Still pending

Issues Raised: Hate Crime

b. <u>Lawsuit 2</u>:

Plaintiff(s): Anne P. Mulligan

Defendant(s): Municipality of Anchorage

Name and location of court: Superior Court of Anchorage

Docket number: 3AN-19-05297 CI    Name of judge: Jennifer Henderson

Approximate date case was filed: 2/21/2019    Date of final decision: _____

Disposition: ___ Dismissed  ___ Appealed  _X_ Still pending

Issues Raised: Hate Crime

### F. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ 50 million dollars

2. Punitive damages in the amount of $ 50 million dollars

3. An order requiring defendant(s) to Go to jail + pay restitution

4. A declaration that the APD officers to be remaded to jail

5. Other: make restitution to the plaintiffs immediate family which includes grandchildren, uncles + brother, cousin

Plaintiff demands a trial by jury. __X__ Yes _____ No

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at Anchorage AK on 4-17-2019
(Location)                              (Date)

Ann Patricia Mulligan
(Plaintiff's Original Signature)

Ann Patricia Mulligan (Pro SE)       4-17-2019
Original Signature of Attorney (if any)    (Date)

Beans Cafe
1101 E. 3rd Ave
Anchorage, AK 99501
Attorney's Address and Telephone Number